UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

———————————————————X

OLIVIA J. COOLEY,                                              C.A. 3:17-cv-01346-JAM

        Plaintiff,

- against –

KEYBANK, N.A.,

        Defendant.

———————————————————X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties hereto, that the above-captioned action, including all counter-claims, be and is hereby dismissed, with prejudice and without costs to either party against the other pursuant to Fed. R. Civ. Pro. 41(a)(1).

Respectfully submitted,

Dated: December 28, 2017

**PLAINTIFF, OLIVIA COOLEY**

By: _____
Daniel S. Blinn (ct02188)

Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408
Fax (860) 571-7457
dblinn@consumerlawgroup.com

-and-

Dated:  December 22, 2017         **DEFENDANT, KEYBANK, N.A.**

By: _____
Andrew P. Karamouzis (ct29747)

Moran • Karamouzis LLP
265 Sunrise Highway, Suite 61
Rockville Centre, NY  11570
Tel. (516) 678-6660
Fax: (516) 678-6661
akaramouzis@mka-law.com

**IT IS HEREBY SO ORDERED this __th day of December 2017.**

_____
**THE HONORABLE JEFFREY A. MEYER
UNITED STATES DISTRICT JUDGE**

2